**ATTORNEY'S NAME:** Rodriguez, Michael I 10884
**AND ADDRESS:** 3524 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2020-08560**  **DIVISION: A**  **SECTION: 16**

## LEE, CONNIE

### Versus

### SAKS FIFTH AVENUE, LLC ET AL

## CITATION - LONG ARM

**TO:** HUGO BOSS RETAIL, INC.

**THROUGH:** THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM
28 LIBERTY STREET, NEW YORK, NY 10005

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 8, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Don'Dre Spiller, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON **HUGO BOSS RETAIL, INC.** THROUGH: THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER  RETURN / / SERIAL NO.  DEPUTY  PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON **HUGO BOSS RETAIL, INC.** THROUGH: THE LOUISIANA LONG ARM STATUTE ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **HUGO BOSS RETAIL, INC.** being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10548660                        Page 1 of 1

**ATTORNEY'S NAME:** Rodriguez, Michael I 10884
**AND ADDRESS:** 3524 Canal Street, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-08560     DIVISION: A     SECTION: 16

### LEE, CONNIE

### Versus

### SAKS FIFTH AVENUE, LLC ET AL

### CITATION

TO:     SAKS FIFTH AVENUE, LLC
THROUGH:     ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 8, 2020

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
by _____
**Don'Dre Spiller, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages** | **Petition for Damages** |
| ON **SAKS FIFTH AVENUE, LLC** | ON **SAKS FIFTH AVENUE, LLC** |
| THROUGH: **ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY** | THROUGH: **ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY** |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SAKS FIFTH AVENUE, LLC** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER    RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NUMBER: 2020-08560         DIVISION: A

CONNIE LEE

versus

SAKS FIFTH AVENUE, LLC
and HUGO BOSS RETAIL, INC.

FILED:_____     _____
                                   DEPUTY CLERK

**PETITION FOR DAMAGES**

The Petition of CONNIE LEE, a full age resident of and domiciled in the Parish of Orleans, State of Louisiana, with respect represents:

I.

That the Defendants, SAKS FIFTH AVENUE, LLC and HUGO BOSS RETAIL, INC., are foreign corporations organized and chartered under the laws of a state other than Louisiana but authorized to do and doing business in the Parish of Orleans, State of Louisiana.

II.

That at the time of the accident sued upon herein, the Defendants, Saks Fifth Avenue, LLC and Hugo Boss Retail, Inc., were insured by an unidentified insurance carrier at the time of the filing of this petition for damages and/or are self-insured.

III.

That the said defendants are justly and truly indebted unto your Petitioner, Connie Lee, in an amount that just is and reasonable under the circumstances, together with legal interest from date of judicial demand, until paid, for all costs of these proceedings, for the following to-wit:

IV.

That on or about October 13, 2019, at approximately 6:15 p.m., your Petitioner, Connie Lee, while working for a janitorial service company, not a party herein, had been dispatched to 301 Canal Street, New Orleans, Louisiana, to perform cleaning services and as she was taking trash out to the dumpster via the freight elevator located on the premises at 301 Canal Street, and as she was exiting the elevator, the upper gate/door of the freight elevator, fell on petitioner, striking her about the head, neck and body, causing her to fall and sustain the injuries alleged herein.

V.

That the said Defendants, Saks Fifth Avenue, LLC and/or Hugo Boss Retail, Inc., their employees and/or agents, had prior notice of the dangerous condition of the aforementioned elevator; that they were aware of the potential danger to those who frequently used the said elevator and that under the premises, Petitioner pleads the doctrine of *res ipsa loquitur.*

VI.

In the alternative, the Petitioner, Connie Lee, avers that the sole and proximate cause of the accident and resulting injuries was the direct result of the negligence, in attention, and gross carelessness of the Defendants, of Saks Fifth Avenue, LLC and/or Hugo Boss Retail, Inc., their agents, and/or employees in negligently failing to provide a safe and sound elevator for the use of visitors, more particularly, your Petitioner, and further negligence consisting of but not limited to the following:

1). Failing to repair and correct a dangerous situation or condition on a leased premises;

2). Allowing a dangerous condition to exist, thereby creating a dangerous trap for visitors; namely, your Petitioner;

3). Failing to provide safe surroundings for visitors; namely, your Petitioner;

4). Failure to inspect and take positive actions to correct a dangerous condition;

5). Failure to maintain the premises in a proper and reasonable condition and state of repair;

6). Failure to properly discharge the duties of a property owner;

7). Failure to inspect and discover that the said elevator was in a dangerous and decapitated condition;

8). Failure to repair the aforementioned defect within a reasonable time after notification of said defect of the premises;

9). Failure to warn customers of the potential dangerous condition of the elevator and/or elevator gate/door;

10). In negligently allowing the gate/door in the elevator to deteriorate to such a degree that it would not function properly.

VII.

That as a result of the above joint and concurrent negligence of Defendants, Saks Fifth Avenue, LLC and/or Hugo Boss Retail, Inc., your Petitioner, Connie Lee, sustained the following injuries:

2

1. Severe sprain and/or strain of the cervical spine;

2. Herniated and/or ruptured discs of the cervical spine;

3. Severe sprain and/or strain of the lumbar spine;

4. Herniated and/or ruptured discs of the lumbar spine;

5. Bruises and/or contusions to the right arm;

6. Bruises and/or contusions to both shoulders;

7. Emotional upset and distress.

VIII.

Your Petitioner itemizes her damages as follows:

Past, present and future pain & suffering, residual and/or permanent disability; past, present and future, emotional upset, distress, and mental anguish; past, present and future medical bills, doctor bills, hospital and drug expenses.

IX.

That the Defendants, Saks Fifth Avenue, LLC and/or Hugo Boss Retail, Inc., are legally responsible for any and all acts of negligence of its employees and/or agents which said acts are enumerated above under the doctrine of *respondeat superior*.

**WHEREFORE**, Petitioner prays that the Defendants be served with a copy of this Petition; that it are duly cited to appear and answer same, and after due proceedings had, there is judgment herein in favor of your Petitioner, Connie Lee, in an amount which would be just and reasonable under the facts and circumstances of this case; and against the Defendants, Saks Fifth Avenue, LLC and/or Hugo Boss Retail, Inc., *jointly and insolido,* together with legal interest thereon from date of judicial demand, until paid, for all costs of these proceeding and for all general and equitable relief.

Respectfully submitted:

MICHAEL I. RODRIGUEZ, SR., ESQ.(BR #10884)
Attorney for Plaintiff
3524 Canal Street
New Orleans, Louisiana 70119
Telephone (504) 588-1110
Facsimile: (504) 588-1954
email: mrodri6819@aol.com

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3

PLEASE SERVE:

1. **HUGO BOSS RETAIL, INC.**
   Through its Agent for Service of Process
   **Pursuant through the Louisiana Long-Arm Statute**
   CT Corporation System
   28 Liberty Street
   New York, NY 10005

2. **SAKS FIFTH AVENUE, LLC**
   Through its Agent for Service of Process
   Corporation Service Company
   501 Louisiana Avenue
   Baton Rouge, LA 70802

4